**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In re the Chapter 11 of | ) |
| | ) |
| Design and Processing Resources, Inc. | )   No. 15-21008 |
| | ) |
| Debtor(s). | ) |

## POST CONFIRMATION STATUS REPORT

1. Paragraph 3 of the Motion for Final Decree makes reference to the fact that the Debtor has commenced distribution under the Plan but is lacking in specific detail about who has been paid.

2. The following is a detailed list of who has been paid pursuant to the Plan since confirmation:

Class I
N/A

Class II
This creditor was paid in full prior to confirmation and was paid $0.00 since confirmation.

Class III
Fifth Third Bank, $2,251.22 on 6/14/2016

Class IV
The payment to the Creditor in this Class is included in the payment made to the Class III Creditor.

Class V
Alan Schuster, $881.00 on 6/28/2016
Fifth Third Bank, $412.00 on 6/28/2016
Unified Brands, $3,640.00 on 6/28/2016
Lightlife Foods, $1,521.00 on 6/28/2016
Firex s.r.l., $6,510.00 on 6/28/2016
AFC Worldwide Express, Inc., $306.00 on 6/28/2016
Star K White, Inc., $1,167.00 on 6/28/2016

Class VI
The State Court lawsuit was filed against this Creditor and no payments have been made to this Creditor Post Confirmation.

Creditor.

3. The above are all of the payments required by the Plan through the second month following confirmation.

Respectfully Submitted
Design and Processing Resources, Inc.

_____/s/Ben Schneider_____
One of its Attorneys

Ben Schneider
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077
Office: 847-933-0300
Fax: 847-676-2676
ARDC #6295667