UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 15-21008 |
| Chapter 11 of ) | | |
| Design and Processing Resources, Inc. ) | Chapter: | 11 |
| ) | Honorable Jack Schmetterer | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**Order on Final Fee Application**

    Final Compensation for Schneider & Stone is approved in the amount of $13,020 and $0 in expenses.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: August 18, 2016

**Prepared by:**