**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DESIGN AND PROCESSING | ) | Bankruptcy No. 15 B 21008 |
| RESOURCES, INC. | ) | |
| Debtor. | ) | |

### ORDER AND NOTICE

Please take notice that the status hearing on "Debtor's Motion for Entry of Final Decree" (Dkt #103) set for November 15, 2016 at 10:30 a.m., has been rescheduled to November 21, 2016 at 10:30 a.m., in Courtroom 682, Chicago, IL 60604.

ENTER:

_____
Judge Jack B. Schmetterer

Dated: November 8, 2016

In re: Design and Processing Resources, Inc.
Case No. 15 B 21008

## CERTIFICATE OF SERVICE

I, Adam Cox, certify that on __NOV 0 9 2016__, I caused to be served copies of the foregoing document to the following on the attached service list by electronic service through the Court's CM/ECF system or regular mail:

_____
Judicial Assistant/Deputy Clerk

### Electronic Service through CM/ECF System

Ben L Schneider
Schneider & Stone
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077
Counsel for Debtor

R Scott Alsterda
Nixon Peabody LLP
70 West Madison Street
Suite 3500
Chicago, IL 60602
Counsel for Firex, Srl

Caleb Halberg
Potestivo & Associates, P.C.
223 W. Jackson, Suite 610
Chicago, IL 60606
Counsel for Fifth Third Bank

Denise A Delaurent
Office of the U. S. Trustee, Region 11
219 South Dearborn St
Room 873
Chicago, IL 60604

Kevin N Summers
Dean & Fulkerson
801 W Big Beaver Road
Suite 500
Troy, MI 48084
Counsel for AFC Worldwide Express Inc. &
  R+L Global Services

Harold D. Israel
Sean P Williams
Goldstein & McClintock LLLP
208 South LaSallle Street
Suite 1750
Chicago, IL 60604
Counsel for Unified Brands, Inc.