UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JACK B. SCHEMETTERER | Hearing Date | March 3, 2017 |
| Bankruptcy Case | 15 B 21008 | Adversary No. | |

Title of Case: In re: Design and Processing Resources, Inc.

Brief Statement of Motion: Debtor's Motion for Final Decree (Dkt #103)

Names and Addresses of moving counsel: See Attached Service List

Representing:

## ORDER

**IT IS HEREBY ORDERED that:**

The motion is denied since the Debtor has not consummated the plan and has no intention or ability to do so.

By: _[signature]_
Jack B. Schmetterer