In re: Design and Processing Resources, Inc.
Case No. 15 B 21008

## CERTIFICATE OF SERVICE

I, Adam Cox, certify that on __MAR 0 6 2017__, I caused to be served copies of the foregoing document to the following on the attached service list by electronic service through the Court's CM/ECF system or regular mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

Ben L Schneider
Schneider & Stone
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077
Counsel for Debtor

Denise A Delaurent
Office of the U. S. Trustee, Region 11
219 South Dearborn St
Room 873
Chicago, IL 60604

R Scott Alsterda
Nixon Peabody LLP
70 West Madison Street
Suite 3500
Chicago, IL 60602
Counsel for Firex, Srl

Kevin N Summers
Dean & Fulkerson
801 W Big Beaver Road
Suite 500
Troy, MI 48084
Counsel for AFC Worldwide Express Inc. &
R+L Global Services

Caleb Halberg
Potestivo & Associates, P.C.
223 W. Jackson, Suite 610
Chicago, IL 60606
Counsel for Fifth Third Bank

Harold D. Israel
Sean P Williams
Goldstein & McClintock LLLP
208 South LaSallle Street
Suite 1750
Chicago, IL 60604
Counsel for Unified Brands, Inc.

Kyle A Lindsey
Johnson Legal Group LLC
140 S. Dearborn St.
Suite 1510
Chicago, IL 60603
Counsel for T. Marzeti Company